In the Matter of the Claim of FIDENCIO PELAEZ, Respondent, v ALAN SILVERSTONE et al., Appellants, and STATE INSURANCE FUND et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted May 29, 2012; decided June 28, 2012

Motion, insofar as it seeks leave to appeal purportedly on behalf of Silverbrook Farm, Inc. dismissed upon the ground that Silverbrook Farm, Inc. must appear by an attorney (see CPLR 321 [a]); motion, insofar as Alan Silverstone and Janice Silverstone seek leave to appeal from that part of the Appellate Division order as affirmed the decision of the Workers' Compensation Board denying reconsideration or full Board review, dismissed upon the ground that such portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal by Alan Silverstone and Janice Silverstone otherwise denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM MELZER, Appellant.

Submitted May 29, 2012; decided June 28, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 803 (2012)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL RODRIGUEZ, Appellant.

Submitted May 29, 2012; decided June 28, 2012

Motion for reargument denied [see 19 NY3d 166 (2012)].